UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 09-10-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| RODNEY BISHOP, | ) | **ORDER** |
| | ) | |
| Defendant. | | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the Recommended Disposition (also known as a Report and Recommendation) [R. 464] filed by United States Magistrate Judge Hanly A. Ingram. The Defendant, Rodney Bishop, is charged with five violations of his supervised release, including failing to submit to his monthly reports, failing to report changes in address and employment, failing to pay restitution, committing another crime and using or possessing a controlled substance. [R. 454; 464.]

On September 11, 2014, Judge Ingram conducted a final hearing and Bishop stipulated to the charged violations. [R. 464 at 3.] On October 14, Judge Ingram issued a Report and Recommendation which recommended that Bishop's supervised release be revoked and that he be imprisoned for fourteen months with thirty-six months of supervised release to follow. [*Id*. at 8.] Judge Ingram appropriately considered the 18 U.S.C. § 3353 factors in coming to his recommended sentence. [*Id*. at 5-7.] The Recommended Disposition advises the parties' that objections must be filed within fourteen (14) days of service. [*Id*. at 8.] *See* 28 U.S.C. § 636(b)(1). No objections were filed during the relevant time period and Bishop waived his right of allocution. [R. 465.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1) The Recommended Disposition [R. 464] as to the Defendant, Rodney Bishop, is **ADOPTED** as and for the Opinion of the Court;

(2) Bishop is found to have violated the terms of his Supervised Release as set forth in the Petition filed by the U.S. Probation Office [R. 454];

(3) Bishop's Supervised Release is **REVOKED**;

(4) Bishop is **SENTENCED** to the Custody of the Bureau of Prisons for a term of fourteen (14) months with a thirty-six (36) month term of supervised release to follow;

(5) Bishop has **WAIVED** his right to allocution [R. 465]; and

(6) Judgment shall be entered promptly.

This 12th day of November, 2014.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge